1   Clifton Williams Jr. #1497454

2   194 e. Hackett Rd.

3   Modesto, CA. 95358

4   DoB: ███████

5   ssn: ███████

6   (209) 416·8896

7

8

File Date

# FILED

JAN 07 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Case number

1:22-cv-00032-AWI-BAM

9   " "

10   U.S. District Court

11   State of California

12   Eastern District

13                           CV-Suit

14   Clifton Williams Jr.    1 For Law Malpractice

15        Petitioner        2 Mis-use of the Law

16                          3 8th Admendment

17        Vs.               Cruel and unusaul

18   The people of the      Punishment

19   state of California.   4 Intentional infliction

20   County of Stanislaus   of Emotional Distress

21   District Attorney's    5 Negligent infliction

22   Office. P. Hogan       of Emotional Distress

23        and              6 Excessive Bail

24   Public Defender's     7 Financial Loss

25        Office           8 Ineffective asistance

26                         of Counsel

27   Respondent's

28

# 1

1   I just discovered 11/17/21 that
2  i was given an illegal sentence
3  on 7/8/2019 due to a prior
4  conviction in 1/22/2019 of a PC.
5  245 (a) (1). (1192.7 (c)  667 (d) )
6   I was convicted of a
7  PC 245 (a)(1) 1/22/2019 in case #
8  CR-18-007894.
9
10   On 7/8/2019 i was lead to
11  believe by the Public Defender's
12  office and the District Attorney's
13  office that even with a prior
14  conviction of a PC 245 (a) (1) i
15  was eligible for an AB109
16  1170 excuted sentence of a
17  term of imprisonment in the
18  county jail of 2 year's local
19  time and 2 year's out on
20  manditorary supervision a
21  term of 4 year's total, in case #
22  CR-19-006076 ) A split sentence )
23
24   I was released from
25  Custody in case # CR-19-006076
26  onto manditorary supervision
27  6/26/2020.
28

#2

1   Where i remained violation free
2   until 9/24/2021.
3
4   On 9/24/2021, i was brought
5   into custody for 496d(a) with
6   a bail set at $150,000 due to
7   a PC. 1203.2, which was also
8   the reason for a "No bail"
9   hold, then while still in custody
10  i was re-booked and
11  arraigned in two more
12  Case's #CR-21-009331) PC. HS.11378
13  and 11379 with a PC. 1203.2 with
14  a bail set at $150,000.
15  And Case # CR-21-010177 for
16  PC. HS. 11378 and 1203.2 with
17  a bail set at $100,000.
18  Which has Kept me in
19  custody on an excessive bond
20  of $400,000 plus a no bail
21  hold PC. 1203.2 probation
22  violation.
23  I had brought this to
24  the Court's attention on
25  11/17/2021 Judge Reeves Dept 1
26  and to the District Attorney in
27  my Case's P Hogan. the day
28  that i discovered that i

# 3

1 had been given and illegal
2 excuted sentence of 4 years
3 on 7/8/2019 in case # CR-19-006076
4 which has kept me on
5 Manditorary Supervision since
6 my release from custody
7 6/26/2020.
8
9   On 11/17/2021, i had a 1203.2 PC
10 hearing and because i would
11 not admit guilt to my
12 probation violation, due
13 to District Attorney Mr. Hogan
14 confusing judge Reeves
15 who did not have my case
16 and facts infront of her,
17 D.A. Mr. Hogan on transcrip
18 asked the court should
19 i be re-sentenced before
20 the court imposed to give
21 me an illegal violation on
22 an already an illegal excuted
23 sentence, but judge Reeves
24 in her confusion due to
25 Mr. Hogan not explaining to
26 the court why i would
27 need to be re-sentenced
28 went on to allow the judge

# 4

1   to find me guilty at my
2   probation violation hearing and
3   sentenced me to the
4   remainder of my
5   Manditorary supervision in
6   custody 272 days.
7       I do not hold judge Reeves
8   responsible, but Mr. Hogan
9   from the D.A.'s office, him
10  having the knowledge of
11  this mistake made by the
12  Stanislaus County
13  District Attorney's office and
14  refusing to correct their
15  wrong doing. It was brought
16  to his attention through
17  a letter sent by me to
18  Birgit Fladger District Attorney,
19  and my claim and complaints
20  filed with the Stanislaus
21  County Board of Supervisor's.
22      I have sat in custody
23  since 9/24/2021 on an no bail
24  hold, now i will not be released
25  on this illegal violation until
26  2/5/2022 and my bail is
27  still excessive due to the
28  1203.2 PC.

#5

1  Mr. Hogan from the D.A's office
2  claims that i am now not
3  eligible due to pursuant to
4  Penal Code Section 1170 (h) (3)
5  and 1170 (f) that the defendant
6  Clifton Williams Jr. is not eligible
7  to be sentenced to a term
8  of imprisonment in the county
9  jail on an executed sentence.
10  This allegation is not subject
11  to dismissal pursuant to
12  Penal Code Section 1385.
13  Due to my prior: [PC 667 (d)]
14  It is further alleged that said
15  defendant was on or about
16  the 22nd day of January, 2019,
17  in the Superior Court, county
18  of Stanislaus, state of California,
19  convicted of a serious felony
20  within the meaning of Penal
21  Code Section 1192.7 (c) and
22  Penal Code 667 (d), to wit
23  Assault with a deadly weapon,
24  violation of Section 245 (A) (1) of
25  the California Penal Code. (Docket No
26  CR-18-007894.
27  Mr. Hogan from the D.A.'s
28  Office seem to believe that

#6

1  PC. Section 1170 (h) (3) and
2  1170 (f) and PC. Section 1385,
3  is to be only used at his
4  personal discretion and
5  disposal.
6  What made me eligible of
7  a 4 year executed sentence
8  7/8/2019 Docket No# CR-19-006076,
9  and then so therefore what
10  makes me ineligible now?
11  By law my sentence would
12  need to be corrected by the
13  court, and this is my point
14  and authority: In order for
15  Mr. Hogan to continue to
16  threaten me with the
17  provisions of PC. 1170 (h) (3)(f)
18  and PC. 1385, he would first
19  have the court correct my
20  sentence 7/8/2019 #CR-19-006076,
21  the olny way i would be
22  eligible for a local term in
23  the county jail, due to my
24  prior conviction PC. 245 (a). (1)
25  1/22/2019 #CR-18-007894, the
26  court would have to
27  re-sentence me to one year
28  local time and 2 years

#7

1   Manditorary Supervision, and
2   because i did 365 days on
3   my 2 year term that would
4   give me 365 days good time
5   worktime credit, that 365
6   days work time credit
7   would go toward the
8   remainder of my Manditorary
9   Supervision 272 days giving
10  me time served on my
11  violation taking me off
12  of Manditorary Supervision
13  with a remainder of 93 days
14  credit, Fees, Fine's, Restitution.) $125.00 per day
15      My point is this, if the
16  D.A's office would have done
17  this from the time i was
18  brought into custody 9/24/2021
19  instead trying to pervert
20  the law's of justice, i would
21  have never been held on a
22  no bail hold and an excessive
23  band of $400,000 due to the
24  PC. 1203.2.
25
26      And because of this
27  mis·haps, mis·use of the
28  law, law malpractice and

#8

1  ineffective asistance of counsel
2  by the D.A and public defenders
3  office this has been irreversable
4  damage to my life and day's of my
5  life i can never get back. and
6  has also violated my right,
7  the chance and jeopardized
8  me being able to bail, i have
9  also suffered great financial
10 loss, by becoming homeless
11 and losing my place of
12 business here in stanislaus
13 county: Trash into Cash LLC,
14          434 Oak Street.
15          Modesto, CA. 95351

17 My relief in this claim and
18 complaint will be for the
19 full amount of $200,000 dollars.
20 and that the court grant me
21 a release on an "O.R."

23 I certify under penalty of perjury,
24 at Modesto California, that the
25 foregoing is true and correct.

27 Date: 1/6/22

#9

1. Do to a prior conviction in
2. 1/22/2019, for a PC. 245(a)(1)
3. and the 3 strikes law and
4. 1170 (h)(3) and (5) and PC.
5. Section 1385. Docket # CR-18-007894
6. ( PC. 1192.7(c) 667 (d) )
7. I was not eligible to be
8. sentenced to a term of
9. imprisonment in the County
10. jail on an executed sentence
11. 7/8/2019 of 4 years, 2 years
12. in custody and 2 years
13. released on Manditorary
14. Supervision 6/26/2020 in
15. Case # CR-19-006076.
16. Because of this illegal
17. executed sentence imposed
18. on me by the D.A's office, i
19. have now sat in custody
20. with a illegal violation
21. PC. 1203.2 which has Kept
22. me in custody on a No bail
23. hold and an excessive
24. bail of $400,000 since
25. 9/24/2021.
26. If the court would
27. have corrected my
28. sentence when i was

F 10

1  first brought into custody
2  9/24/2021 by resentencing
3  me correctly, it would have
4  given me time served on
5  my violation PC 1203.2, taking
6  me off of mandatory
7  supervision which would
8  have lifted my no bail
9  hold and my bond would
10 have been set reasonably.
11      This has been a
12 major violation of my
13 constitutional right to bail
14 and also a violation of my
15 due process, this has
16 truly been devastating to
17 me and my family
18 emotionally and financially.
19      I blame Mr. Hogan from the
20 D.A.s who has had this
21 knowledge and has failed
22 to bring it to the courts
23 attention, he does what
24 he wants to get convictions
25 even if that means violating
26 citizens rights and perverting
27 the ways of justice, he
28 should also rightouesly

# 11

excuse himself from
being the prosecutor in
my current pending cases
due to this conflict and
and also my pending case
filed with the U.S. District Court
against him and his office
12/27/2021, Case# 1:21-cv-01810-DAD-SAB
this should disqualify him
so that i have a chance
at a fair trial instead of
going to trial with the
prosecution being now
therefore bias.

Due to these conflicts
i am requesting that the
court also grant me
relief in relieving Mr. Hogan
as the prosecuting attorney
in my case so that i
will have the right to
a fair trial.

Relief: OR.

¹ $200,000

² Disqualify prosecutor

Note: That none of my current
Charges are violent offenses

#12

1   It has been over 45 days
2   since the Stanislaus County
3   Board of Supervisors
4   received my Tort Claim and
5   complaint on this matter
6   and i have not yet received
7   from them a letter of
8   rejection, granted or denial,
9   so i am moving forward
10  in seeking my relief,
11  the entity received my
12  Claim and complaint 11/22/2021.
13
14
15  Date: 1/6/22

#13

To: Court Clerk:                    1/6/22

The respondents in this

Matter:

Stanislaus County
District Attorney's Office
P. Hogan
832 12th Street.
Modesto, CA. 95354

And The

Stanislaus County
Board of Supervisors
10 10 10th Street. suite 5900
modesto, CA. 95354

(Thank you for you time.)

Plaintiff
Clifton Williams Jr. #1497454
194 E. Hackett Rd.
Modesto, CA. 95358