# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON WILLIAMS, JR., | Case No. 1:22-cv-00032-AWI-BAM |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| STANISLAUS COUNTY DISTRICT ATTORNEY and STANISLAUS COUNTY PUBLIC DEFENDER, | (Doc. No. 2) |
| | THIRTY-DAY DEADLINE |
| Defendants. | |

On January 7, 2022, Plaintiff Clifton Williams Jr. ("Plaintiff"), proceeding *pro se*, filed the instant action. (Doc. No. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. No. 2).

Plaintiff's application is insufficient for the Court to determine if he is entitled to proceed without prepayment of fees in this action. The application is handwritten and missing key information. Specifically, Plaintiff's handwritten application is missing questions that are included in the application form. Without the included information the Court cannot make a determination as to Plaintiff's ability to pay.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

1

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **thirty (30) days** of the date of this order, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:  **January 12, 2022**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2