UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON WILLIAMS, JR., <br><br> Plaintiff, <br><br> v. <br><br> STANISLAUS COUNTY DISTRICT ATTORNEY and STANISLAUS COUNTY PUBLIC DEFENDER, <br><br> Defendants. | Case No. 1:22-cv-00032-AWI-BAM <br><br> ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS <br><br> (Doc. 2) <br><br> ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY **STANISLAUS COUNTY PUBLIC SAFETY CENTER** |

Plaintiff Clifton Williams, Jr., ("Plaintiff") is a state prisoner proceeding *pro se* in the instant action against the Stanislaus County District Attorney and Stanislaus County Public Defender. (Doc. 1.) On January 7, 2022, Plaintiff field a motion to proceed in forma pauperis. (Doc. 2.) On January 12, 2022, the Court ordered Plaintiff to file an application to proceed in District Court without prepayment of fees or costs (Long Form) because Plaintiff's original application was handwritten and missing key information. (Doc. 3.) Currently before the Court is Plaintiff's Long Form motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 4.)

Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's

trust account. The Stanislaus County Public Safety Center is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;

2. **The Director of the Stanislaus County Public Safety Center or his/her designee shall collect payments from Plaintiff's trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Director of the Stanislaus County Public Safety Center via the Court's electronic case filing system (CM/ECF);

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California; and

5. Plaintiff's complaint will be screened in due course pursuant to 28 U.S.C. § 1915(e)(2).

IT IS SO ORDERED.

Dated:   **February 14, 2022**         /s/ Barbara A. McAuliffe         
                                     UNITED STATES MAGISTRATE JUDGE