UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON WILLIAMS, JR.<br><br>Plaintiff,<br><br>v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 1:22-cv-00032-AWI-BAM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION**<br><br>(Doc. No. 8) |

Plaintiff Clifton Williams, Jr. ("Plaintiff"), a county jail inmate proceeding pro se and in forma pauperis, initiated this civil rights action on January 7, 2022. (Doc. No. 1.)

On July 13, 2022, the assigned magistrate judge issued findings and recommendations recommending that (1) Plaintiff's federal claims be dismissed with prejudice for failure to state a cognizable claim under 42 U.S.C. § 1983 and for seeking monetary relief from defendants who are immune from such relief; (2) the Court decline to exercise supplemental jurisdiction over Plaintiff's state law claims; and (3) Plaintiff's state law claims be dismissed without prejudice. (Doc. No. 8.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id.) No objections have been filed, and the time in which to do so has passed.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on July 13, 2022 (Doc. No. 8) are adopted in full;
2. Plaintiff's federal claims are dismissed with prejudice for failure to state a cognizable claim under 42 U.S.C. § 1983 and for seeking monetary relief from defendants who are immune from such relief;
3. The Court declines to exercise supplemental jurisdiction over Plaintiff's state claims and Plaintiff's state law claims, if any, are dismissed without prejudice;
4. This concludes in the action in its entirety; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   March 7, 2023                                     /s/ signature
                                                                           SENIOR DISTRICT JUDGE