## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CLIFTON WILLIAMS JR,**

　　　　　　　　　　v.

CASE NO: **1:22−CV−00032−AWI−BAM**

**PEOPLE OF THE STATE OF CALIFORNIA, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 03/07/2023**

　　　　　　　　　　　　　　　　　　　**Keith Holland**
　　　　　　　　　　　　　　　　　　　Clerk of Court

ENTERED: **March 7, 2023**

　　　　　　　　　　　　by: /s/ C. Maldonado
　　　　　　　　　　　　　　　Deputy Clerk